**IT IS SO ORDERED.**

**Dated: 10:58 AM February 26 2014**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

BK1108542
DP

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

| | |
|---|---|
| IN RE: | Case No. 11-53469 |
| | Chapter 13 |
| Leo Robinson | Judge Shea-Stonum |
| Debtor | |
| | **AGREED ORDER FOR RELIEF FROM STAY AND CO-DEBTOR STAY OF CITIMORTGAGE, INC. SUCCESSOR BY MERGER TO ABN AMRO MORTGAGE GROUP, INC. (PROPERTY ADDRESS: 10462 WHITE ASH TRAIL, TWINSBURG, OH 44087)** |

This matter came to be considered on the Motion for Relief from Stay **and Co-Debtor Stay** (the "Motion") filed by CitiMortgage, Inc. successor by merger to ABN AMRO Mortgage Group, Inc. ("Movant").

Movant has alleged that good cause exists for granting the Motion and that Debtor,

counsel for Debtor, the Chapter 13 Trustee, and all other necessary parties were served with this Motion and with notice of the hearing date for this Motion; and

The parties have entered into an agreement resolving the Motion, **the terms of which are set forth as follows: The post-petition arrearage due as of January 31, 2014, is $27,154.14, which amount consists of:**

Post-Petition Payments:

| Amount | Date Due |
|---|---|
| 975.26 | November 1, 2011 |
| 975.26 | December 1, 2011 |
| 975.26 | January 1, 2012 |
| 975.26 | February 1, 2012 |
| 975.26 | March 1, 2012 |
| 985.68 | April 1, 2012 |
| 985.68 | May 1, 2012 |
| 985.68 | June 1, 2012 |
| 985.68 | July 1, 2012 |
| 985.68 | August 1, 2012 |
| 985.68 | September 1, 2012 |
| 985.68 | October 1, 2012 |
| 985.68 | November 1, 2012 |
| 985.68 | December 1, 2012 |
| 985.68 | January 1, 2013 |
| 985.68 | February 1, 2013 |
| 985.68 | March 1, 2013 |
| 1,006.27 | April 1, 2013 |
| 1,006.27 | May 1, 2013 |
| 1,006.27 | June 1, 2013 |
| 1,006.27 | July 1, 2013 |
| 1,006.27 | August 1, 2013 |
| 1,006.27 | September 1, 2013 |
| 1,003.40 | October 1, 2013 |
| 1,003.40 | November 1, 2013 |
| 1,003.40 | December 1, 2013 |
| 1,003.40 | January 1, 2014 |

**and $425.00 for attorney fees associated with the Motion and $176.00 court costs incurred**

herein for filing the Motion, less $202.54 in debtor's suspense account.

In order to partially cure said post-petition arrearage, Movant is permitted to file a Supplemental Proof of Claim in the amount of $27,154.14, which consists of $425.00 for attorney fees associated with the Motion and $176.00 for court costs incurred herein for filing the Motion and said post-petition arrears of $26,553.14 thereby reducing the arrearage to $0.00.

IT IS THEREFORE, ORDERED:

1. The Debtor shall maintain regular monthly post-petition payments to Movant outside the Chapter l3 plan beginning with a payment due February 1, 2014. Failure by the Debtor to make any payment within **15** days of the date due shall constitute a default. **All payments shall be tendered to:**

CitiMortgage, Inc.
P.O. Box 183040
Columbus, OH 43218

**This payment address is subject to change.**

2. Upon the existence of a default, Movant's counsel may send Debtor and counsel for Debtor a 10-day notice of Movant's intent to file an affidavit and proposed order granting relief from stay.

3. If the default is not cured within that 10-day period, then upon the filing of an affidavit by Movant attesting to the default by the debtor, an Order shall be entered without further hearing, terminating the stay imposed by Section 362(a) of the Bankruptcy Code **and the co-debtor stay imposed by Section 1301 of the Bankruptcy Code** with respect to Movant, its successors and assigns. **The only ground for objection to such an Order shall be that**

**payments were timely made.**

###

| SUBMITTED BY: | APPROVED BY: |
|---|---|

/s/ Steven H. Patterson          /s/ Sean P. Moore
Steven H Patterson, Case Attorney    Sean P. Moore, Attorney for Debtor
LERNER, SAMPSON & ROTHFUSS           Bar Registration No. 0075129
Bar Registration No. 0073452         Rauser & Associates
Romi T. Fox, Attorney                Leo Robinson, Debtor
Bar Registration No. 0037174         Muriel Battle, Co-Debtor
Attorneys for Movant                 80 S. Summit Street #210
PO Box 5480                          Akron, OH 44308
Cincinnati, OH 45201-5480            330-253-8600
(513) 241-3100 ext. 3373             330-253-8688 fax
(513) 354-6464 fax                   smoore@ohiolegalclinic.com
nohbk@lsrlaw.com

Attorneys for Movant,
CitiMortgage, Inc. successor by merger to
ABN AMRO Mortgage Group, Inc.

/s/ Keith Rucinski
Keith Rucinski, Chapter 13 Trustee
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza
Suite 2020
Akron, OH 44308-1318
efilings@ch13akron.com
 jferrise@ch13akron.com

COPIES TO:

Muriel Battle - Co-Debtor
10462 White Ash Trail
Twinsburg, OH 44087
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

GMAC - Creditor
P.O. Box 9001719
Louisville, KY 40290-1719
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Sean P. Moore, Esq. - Attorney for Debtor
80 S. Summit Street #210
Akron, OH 44308
smoore@ohiolegalclinic.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Ohio Department of Taxation - Creditor
30 E Broad Street
Columbus, OH 43215
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Steven H Patterson, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Leo Robinson - Debtor
10462 White Ash Trail
Twinsburg, OH 44087
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Keith Rucinski - Trustee
One Cascade Plaza
Suite 2020
Akron, OH 44308-1318
efilings@ch13akron.com
VIA ELECTRONIC SERVICE