UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION - AKRON

| | |
|---|---|
| In re: ) | Case No. 11-53469 |
| ) | |
| LEO ROBINSON , ) | Chapter 13 |
| ) | |
| Debtor ) | Judge Koschik |
| ) | |
| ) | **AMENDED MOTION OF ETHAN'S** |
| ) | **WOODS CONDOMINIUM** |
| ) | **ASSOCIATION FOR** |
| ) | **RELIEF FROM STAY** |
| ) | |
| ) | (Property located at: |
| ) | 10462 White Ash Trail, Twinsburg, Ohio |
| ) | 44087) |

Ethan's Woods Condominium Association (the "Movant") moves this Court, under Bankruptcy Code §§361, 362, and 363, and other sections of Title 11 of the United States Code, and under Federal Rule of Bankruptcy Procedure 4001, and under Local Bankruptcy Rule 4001-1, and other rules of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an Order conditioning, modifying or dissolving the automatic stay imposed by §362 of the Bankruptcy Code. In support of this Motion, the Movant states:

MEMORANDUM IN SUPPORT

1. The Court has jurisdiction over this matter under 28 U.S.C. §§157 and 1334. This is a core proceeding under 28 U.S.C. §157(b)(2). The venue of this case and this motion is proper under 28 U.S.C. §§1408 and 1409.

2. On August 13, 2004, the Debtor, Leo Robinson (collectively, the "Debtor")

- 1 -

became owner of the Condominium unit at 10462 White Ash Trail, Twinsburg, Ohio 44087 as more fully described in the copy of the Warranty Deed, which is attached to this Motion as Exhibit "A", and, by virtue of his ownership, automatically became a member of Movant and subject to its Declaration of Condominium Ownership which was recorded with the Office of the Summit County Recorder at OR 659, Page 050 et seq.

3. N/A

4. Pursuant to Ohio Revised Code §5311.18 and the covenants and conditions of the Declaration of Condominium Ownership, Movant prepared a lien when Debtor became delinquent paying assessments, which was duly perfected in the office of the Summit County Recorder on January 12, 2010, as Instrument No.55676334 . A copy of this recorded lien is attached hereto as Exhibit "B" and made a part hereof. The lien is believed to be the 2nd lien on the condominium unit (the "Collateral").

5. N/A

6. N/A

7. N/A

8. N/A

9. The market value of the Collateral is $127,000.00. This is the valuation as set by the Summit County Fiscal Officer.

10. As of the date of this motion, there is currently due and owing the outstanding balance of $6,819.86 as described in more detail on the worksheet. The total provided in this paragraph cannot be relied upon as a payoff quotation.

11. N/A.

12. Other parties known to have an interest in the Collateral besides the debtor(s), the

Movant, and the trustee are (check all that apply):

- ☐ N/A.
- ☐ N/A
- ☑ &lt;CO-OWNERS, IF APPLICABLE, STATE NAME&gt;.
  Leo Robinson
  Muriel Battle aka Muriel Robinson

- ☑ CitiMortgage, Inc., successor by merger to ABN AMRO Mortgage Group, Inc. by virtue of a mortgage lien in the original principal amount of $142,257.52.

13. Movant is entitled to relief from the automatic stay under Bankruptcy Code §362(d) for these reason(s) (check all that apply):

- ☐ Debtor has failed to provide adequate protection for the lien held by the Movant for these reasons: . <u>&lt;EXPLAIN&gt;</u> .
- ☐ Debtor has failed to keep the Collateral insured as required by the Security Agreement.
- ☐ Debtor has failed to keep current the real estate taxes owed on the Collateral.
- ☑ Debtor has failed to make periodic payments to Movant since the commencement of this bankruptcy case, which unpaid payments are in the aggregate amount of $5,239.03 through January 1, 2015. The total provided in this paragraph cannot be relied upon as a post-petition reinstatement quotation.
- ☐ Debtor is delinquent in funding the plan, and therefore the trustee has failed to make periodic payments to Movant since the commencement of the bankruptcy case for the months of &lt;STATE EACH MONTH AND YEAR&gt;, which unpaid payments are in the aggregate amount of &lt;AMOUNT&gt; through &lt;DATE&gt;. The total provided in this paragraph cannot be relied upon as a post-petition reinstatement quotation.
- ☐ Debtor has no equity in the Collateral, because the Collateral is valued at , and including the Movant's lien, there are liens in an aggregate amount of on the Collateral.
- ☐ Debtor(s) plan provides for surrender of the Collateral.
- ☐ The property is not necessary to an effective reorganization because: .

☐ Other cause (set forth with specificity): Other cause (set forth with specificity):

14. Movant has completed the worksheet, attached as Exhibit "C".

15. This Motion conforms to the standard form adopted in this District except as follows: **this Motion deviates from the standard form because Movant is a condominium owners association that is entitled to relief as more fully explained hereinabove.**

(a) WHEREFORE, Movant prays for an order from the Court granting Movant relief from the automatic stay of Bankruptcy Code §362 to permit Movant to proceed under applicable non-bankruptcy law.

Respectfully submitted

KAMAN & CUSIMANO, LLC


  /s/ Erika R. Finley
Darcy Mehling Good (0068249)
Erika R. Finley (0084632)
50 Public Square, Suite 2000
Cleveland, OH  44113
(216) 696-0650 / FAX (216) 771-8478

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 25, 2015, a true and correct copy of the foregoing Amended Motion of Ethan's Woods Condominium Association for Relief from Stay was served via the Court's electronic case filing system on the following who are listed on the Court's Electronic Mail Notice List:

Sean P. Moore, Esq., on behalf of Leo Robinson, debtor, at smoore@ohiolegalclinic.com

Steven H. Patterson, on behalf of CitiMortgage, Inc., creditor, at nohbk@lsrlaw.com

Keith Rucinski, *Chapter 13 Trustee,* at 341info@ch13akron.com

Daniel M. McDermott, Esq., *U.S. Trustee*, at ustregisteredmailbox@usdoj.gov and at ustpregion09.cl.ecf@usdoj.gov

and by regular U.S. mail, postage prepaid, to:

Leo Robinson, 10462 White Ash Trail, Twinsburg, OH 44087

Muriel Battle aka Muriel Robinson, 10462 White Ash Trail, Twinsburg, OH 44087

    /s/ Erika R. Finley
Darcy Mehling Good (0068249)
Erika R. Finley (0084632)

- 5 -

REVERE TITLE AGENCY BOX

## JOINT & SURVIVORSHIP DEED

Know all Men by these Presents we, **Kimi A. Hatcher, nbm Kimi A. Norbuta and Matthew J. Norbuta**, wife and husband, the Grantors, who claims title through Document recorded in Instrument No. 54620042, of **Summit** County Records, for the consideration of Ten and 00/100 Dollars ($10.00) received to our full satisfaction of **Leo Robinson, single and Muriel B. Battle, single**, and to the survivor of them, his or her heirs and assigns, the Grantees, whose TAX MAILING ADDRESS will be: **10462 White Ash Trail, Twinsburg, OH 44087**, do Give, Grant, Bargain, Sell and Convey unto the said Grantees, and to the survivor of them, his or her heirs and assigns forever, the following described premises:

Situated in the City of Twinsburg, County of Summit and State of Ohio: And known as being Unit 34, Building S, in Ethan's Woods Condominium as established by the Declaration of Condominium recorded April 11, 1991 in Volume OR659, Page 50 through 88 and by the General Plan of Condominium Domain, Exhibit "B" to be said Declaration, recorded in Plat Cabinet "G", Slides 179 through 187, as amended by the 1st Amendment to Ethan's Woods Condominium recorded in Plat Cabinet "G", Slides 366 through 387; as amended by the 2nd Amendment to Ethan's Woods Condominium recorded in Plat, Cabinet "G", Slides 643 through 659; as amended by the 3rd Amendment to Ethan's Woods Condominium (REVISING THE STREET NAME AND STREET ADDRESSES) recorded in Volume OR 796, Pages 449 through 452; as amended by the 4th Amendment to Ethan's Woods Condominium recorded in Plat Cabinet "G", Slides 808 through 820; as amended by the 5th Amendment to Ethan's Woods Condominium recorded in Plat Cabinet "H", Slides 92 through 106, as amended by the 6th Amendment to Ethan's Woods Condominium recorded in Plat Cabinet "H", Slides 165 through 184; as amended by the 7th Amendment to Ethan's Woods Condominium recorded in Plat Cabinet "H", Slides 356 through 378, as amended by the 8th Amendment to Ethan's Woods Condominium recorded in Plat Cabinet "H", Slides 540 through 556; as amended by the 9th Amendment to Ethan's Woods Condominium recorded in Plat Cabinet "H", Slides 732 through 745, as amended by the 10th Amendment to Ethan's Woods Condominium recorded in Plat Cabinet "H", Slides 909 through 916, as amended by the eleventh amendment in Plat Cabinet "H" Slide 965 of Summit County Records, together with an undivided 1.89% interest in the common areas and facilities of said Condominium, be the same more or less, but subject to all legal highways.

Permanent Parcel No. 64-05499    Map Routing No. TW00000305041000

To have and to hold the above granted and bargained premises, with the appurtenances thereof, unto the said Grantees, and to the survivor of them, his or her separate heirs and assigns forever.

And we, Kimi A. Hatcher, nbm Kimi A. Norbuta and Matthew J. Norbuta, do for ourselves and our heirs and assigns, covenant with the said Grantees, their heirs and assigns, that at and until the ensealing of these presents, we are well seized of the above described premises, as a good and indefeasible estate in **FEE SIMPLE**, and have good right to bargain and sell the same in manner and form as above written, and that the same are **free from all encumbrances** whatsoever except restrictions, conditions and easements of record, zoning ordinances, if any, and taxes and assessments for the current half of the taxable year and thereafter and that we will **Warrant and Defend** said premises, with the appurtenances thereunto belonging, to the said Grantees, their heirs

*Description approved by Tax Maps Approval good for 30 days from [signature] 8/13/04*

55087149
Pg: 1 of 2
08/13/2004 02:06P
DE         28.00
John A Donofrio, Summit Fiscal Officer

Revere Title #: 2855-01



Executed this 9 day of August, 2004.

_K. A. Norbuta_
Kimi A. Norbuta

_M. Norbuta_
Matthew J. Norbuta

STATE OF OHIO )
) SS:
COUNTY OF Cuyahoga )

Before me, a Notary Public in and for said County and State, personally appeared the above named **Kimi A. Norbuta fka Kimi A. Hatcher and Matthew J. Norbuta**, who acknowledged that they did sign the foregoing instrument and that the same is their free act and deed.

In Testimony Whereof, I have hereunto set my hand and official seal, at Cleveland, Ohio, this 9 day of August, 2004.



LAURA A. SCHMID, Notary Public
State of Ohio - Cuyahoga County
My Commission Expires Oct. 28, 2006

_Laura Schmid_
Notary Public

Prepared By:
David V. Kaprosy
Attorney at Law

Revere Title Agency of Northern Ohio, L.P.
6480 Rockside Woods South
Suite 280
Independence, Ohio 44131

TRANSFERRED IN COMPLIANCE WITH
SEC. 319.202 REV. CODE
$170,000.00   680.  W FEF
            Consideration
JOHN A. DONOFRIO    By UB
Fiscal Officer       Deputy Fiscal Officer
No. of pages 2

TRANSFERRED
04 AUG 13 PM 1:36
JOHN A. DONOFRIO
FISCAL OFFICER
COUNTY OF SUMMIT

55087149
Pg: 2 of 2
08/13/2004 02:05P
DE              28.00

John A Donofrio, Summit Fiscal Officer

### ETHAN'S WOODS CONDOMINIUM ASSOCIATION
### CERTIFICATE OF LIEN

Pursuant to Section 13 of the Declaration of Condominium Ownership for Ethan's Woods Condominium, filed for record in Volume OR659, Page 50, *et seq.* of Summit County Records, the undersigned, Ethan's Woods Condominium Association, hereby claims a lien for unpaid assessments to date against the following unit in said Condominium Property and the undivided interest in the Common Elements appertaining thereto:

Owner: Leo Robinson and Muriel Battle
Address: 10462 White Ash Trail      PPN: 64-05499 /
         Twinsburg, Ohio 44087       TW0000305041000

Amount of Lien: $736.86 plus interest at the maximum rate allowable by law from the 21st day of December, 2009 and any unpaid assessments accruing hereinafter until this lien is satisfied.

IN WITNESS WHEREOF, Ethan's Woods Condominium Association has caused this Certificate of Lien to be executed by its duly authorized representative this ___4___ day of ___January___, 2010.

Ethan's Woods Condominium Association

By: _M Katherine Bushey Esq_
    Designated Representative
    M. Katherine Bushey, Esq.

SWORN TO BEFORE ME and subscribed in my presence this __4th__ day of __January__, 2010.

_Angela R Sifers_
Notary Public
ANGELA R. SIFERS
NOTARY PUBLIC
STATE OF OHIO
Recorded in Cuy. Cty.
My Comm. Exp. 4/30/2011

This Instrument Prepared By:
Kaman & Cusimano, LLC, 50 Public Square, Suite 2000, Cleveland, OH 44113, (216) 556-2268

THE CLAIM SECURED BY THIS LIEN HAS BEEN PAID AND THE LIEN IS HEREBY SATISFIED AND DISCHARGED.

DATE: _____      Ethan's Woods Condominium Association

By: _____
    Designated Representative

SWORN TO BEFORE ME and subscribed in my presence this _____ day of _____, _____.

_____
Notary Public



EXHIBIT B



55676334
Pg: 1 of 1
01/12/2010 02:37P
CL                28.00
John A Donofrio, Summit Fiscal Officer

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION - AKRON

In re: ) Case No. 11-53469
)
LEO ROBINSON, ) Chapter 13
)
      Debtor ) Judge Koschik
)
) **ETHAN'S WOODS CONDOMINIUM**
) **ASSOCIATION'S RELIEF FROM**
) **STAY WORKSHEET**

I. LOAN* DATA

*Movant is a Condominium owners association and, therefore the Motion does not involve a "LOAN"

    A. IDENTIFICATION OF COLLATERAL (check all that apply):

        ☑ Real Estate 10462 White Ash Trail, Twinsburg, Ohio 44087
            ☑ Principal Residence of Debtor(s)
            ☐ Other

        ☐ Personal Property
        ☐ Debtor's Chapter 13 Plan provides for surrender of the Collateral.
        ☐ Other Property [[describe if applicable]]

    B. CURRENT VALUE OF COLLATERAL: $127,000.00

    C. SOURCE OF COLLATERAL VALUATION: Summit County Auditor

    D. ORIGINAL LENDER: N/A

    E. ENTITY ENTITLED TO ENFORCE THE NOTE: N/A

    F. CURRENT LOAN SERVICER: N/A

Exhibit C



G. DATE OF LOAN: _____N/A_____

H. ORIGINAL PRINCIPAL AMOUNT DUE UNDER NOTE: ___N/A_____

I. ORIGINAL INTEREST RATE ON NOTE: _____N/A_____

J. CURRENT INTEREST RATE: _____N/A_____

K. ORIGINAL MONTHLY PAYMENT AMOUNT
(principal and interest only for mortgage loans): ___N/A_____

L. CURRENT MONTHLY PAYMENT AMOUNT: $212.41_____

M. THE CURRENT MONTHLY PAYMENT AMOUNT LISTED ABOVE:

  ☐ Includes an escrow amount of $_____ for real estate taxes.
  ☐ Includes an escrow amount of $_____ for property insurance.
  ☐ Includes an escrow amount of $_____ for _____.
  ☑ Does not include any escrow amount.

N. DATE LAST PAYMENT RECEIVED: June 13, 2013

O. AMOUNT OF LAST PAYMENT RECEIVED: $400.00

P. AMOUNT HELD IN SUSPENSE ACCOUNT: N/A

Q. NUMBER OF PAYMENTS PAST DUE: N/A

II. AMOUNT ALLEGED TO BE DUE AS OF THE DATE THE MOTION IS FILED

|    | Description of Charge | Total Amount of Charges | Number of Charges Incurred | Dates Charges Incurred |
|----|----------------------|-------------------------|----------------------------|------------------------|
| A. | PRINCIPAL            | $ N/A                   |                            |                        |
| B. | INTEREST             | $ N/A                   |                            |                        |
| C. | TAXES                | $ N/A                   |                            |                        |

| D. | INSURANCE | $ N/A | | |
|---|---|---|---|---|
| E. | LATE FEES | $ N/A | | |
| F. | NON-SUFFICIENT FUNDS FEES | $ N/A | | |
| G. | PAY-BY-PHONE FEES | $ N/A | | |
| H. | BROKER PRICE OPINIONS | $ N/A | | |
| I. | FORCE-PLACED INSURANCE | $ N/A | | |
| J. | PROPERTY INSPECTIONS | $ N/A | | |
| K. | OTHER CHARGES (describe in detail and state contractual basis for recovering the amount from the debtor) | $ N/A | | |

TOTAL OF DEBT AS OF DATE MOTION IS FILED: $6,819.86

* This total cannot be relied upon as a payoff quotation. **SEE ATTACHED POST-PETITION**

**ACCOUNT HISTORY**

III.   AMOUNT OF ORIGINAL PRE-PETITION ARREARAGES  $ 1,580.83

IV.   AMOUNT OF ALLEGED POST-PETITION DEFAULT

| | Description of Charge | Amount | Number | Date Incurred | Total |
|---|---|---|---|---|---|
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| A. | PAYMENTS | $203.10 | 10.85 | 7/1/12 - 12/1/13 | $2,202.70 |
| | | $212.41 | 13 | 1/1/14 - 1/1/15 | $2,761.33 |
| B. | POST-PETITION PAYMENTS ADVANCED FOR TAXES (if not included in payment amount above) | $ N/A | | | |
| C. | POST-PETITION PAYMENTS ADVANCED FOR INSURANCE (if not included in payment amount above) | $ N/A | | | |
| D. | LATE FEES | $25 | 11 | | $275.00 |
| E. | NON-SUFFICIENT FUNDS FEES | $ N/A | | | |
| F. | PAY-BY-PHONE FEES | $ N/A | | | |
| G. | BROKER PRICE OPINIONS | $ N/A | | | |
| H. | FORCE-PLACED INSURANCE | $ N/A | | | |
| I. | PROPERTY INSPECTIONS | $ N/A | | | |

| J. | OTHER CHARGES (describe in detail and state the contractual basis for recovering the amount from the debtor) | $ N/A | | | |
|---|---|---|---|---|---|

    TOTAL ACCRUED:                      $ 5,239.03

    LESS SUSPENSE BALANCE:       $ N/A

    TOTAL POST-PETITION DEBT:   $ 5,239.03

V.    THE TRUSTEE LEDGER SHOWING POST-PETITION DISBURSEMENTS ON THIS DEBT OR A POST-PETITION PAYMENT SUMMARY SHOWING THE PAYMENTS MADE BY THE DEBTOR ON THIS DEBT IS ATTACHED TO THIS WORKSHEET AS EXHIBIT C".

This Worksheet was prepared by:

    /s/ Erika R. Finley
Darcy Mehling Good (0068249)
Erika R. Finley (0084632)
KAMAN & CUSIMANO, LLC
50 Public Square, Suite 2000
Cleveland, OH 44113
(216) 696-0650 / FAX (216) 771-8478

```
                    ETHAN'S WOODS CONDOMINIUM ASSOCIATION
                         FINANCIAL TRANSACTIONS - 01/12/15

10462 White Ash Trail                           Unit ID: 10462
Leo and Muriel Robinson                         STATUS: 06 - BAPP
                                                PREPAID BAL:     0.00
 TXN    -----PAYMENTS/TRXN DESCR----- ---------CHARGES/PAYMENT DISTR--------- BALANCE
 DATE    PAYMT AMT CHECK #    DEP DT CODE N/A  DESCRIPTION       AMOUNT        DUE
------  ---------- ---------- ------ ----- ---- ---------------- ---------- ------------
051911     228.10 2287        051911  01       Admin Late Fees     (25.00)     668.43
051911                                C2       RESERVES            (72.83)
051911                                A1       MAINTENANCE FEE    (130.27)
------
060111            APPLY CHARGES       A1       MAINTENANCE FEE     130.27      798.70
060111                                C2       RESERVES             72.83      871.53
061411            APPLY LATE FEE      01       Admin Late Fees      25.00      896.53
061511 Action taken: 10 - Late Notice
------
070111            APPLY CHARGES       A1       MAINTENANCE FEE     130.27     1026.80
070111                                C2       RESERVES             72.83     1099.63
071311            APPLY LATE FEE      01       Admin Late Fees      25.00     1124.63
071411 Action taken: 10 - Late Notice
072111 Foreclosure is recommend by Kaman's office,
072111 letter to Jeanne to obtain board aprvl..LJA
------
080111            APPLY CHARGES       A1       MAINTENANCE FEE     130.27     1254.90
080111                                C2       RESERVES             72.83     1327.73
081511            APPLY LATE FEE      01       Admin Late Fees      25.00     1352.73
081511 Action taken: 10 - Late Notice
------
090111            APPLY CHARGES       A1       MAINTENANCE FEE     130.27     1483.00
090111                                C2       RESERVES             72.83     1555.83
091511            APPLY LATE FEE      01       Admin Late Fees      25.00     1580.83
091511 Action taken: 10 - Late Notice
092911            EXPENSE ADJ         01       Admin Late Fees    (100.00)    1480.83
092911            EXPENSE ADJ         C2       RESERVES           (291.32)    1189.51
092911            EXPENSE ADJ         A1       MAINTENANCE FEE  (1189.51)        0.00
092911 owner filed chapter 13 gl acct 1341-MK
------
100111            APPLY CHARGES       A1       MAINTENANCE FEE     130.27      130.27
100111                                C2       RESERVES             72.83      203.10
101711            APPLY LATE FEE      01       Admin Late Fees      25.00      228.10
101711 Action taken: 10 - Late Notice
------
110111            APPLY CHARGES       A1       MAINTENANCE FEE     130.27      358.37
110111                                C2       RESERVES             72.83      431.20
110811     228.10 1026        110811  01       Admin Late Fees     (25.00)     203.10
110811                                C2       RESERVES           (145.66)
110811                                A1       MAINTENANCE FEE     (57.44)
111511            APPLY LATE FEE      01       Admin Late Fees      25.00      228.10
111511 Action taken: 10 - Late Notice
------
120111            APPLY CHARGES       A1       MAINTENANCE FEE     130.27      358.37
                                       9
```

11-53469-amk    Doc 63    FILED 02/25/15    ENTERED 02/25/15 09:09:30    Page 14 of 18

```
                      ETHAN'S WOODS CONDOMINIUM ASSOCIATION
                         FINANCIAL TRANSACTIONS - 01/12/15

10462 White Ash Trail                            Unit ID: 10462
Leo and Muriel Robinson                          STATUS: 06 - BAPP
                                                 PREPAID BAL:      0.00
 TXN    -----PAYMENTS/TRXN DESCR----- ---------CHARGES/PAYMENT DISTR--------- BALANCE
 DATE   PAYMT AMT CHECK #   DEP DT CODE  N/A   DESCRIPTION      AMOUNT          DUE
------ ---------- ---------- ------ ----- ---- ---------------- ---------- ------------
120111                                  C2     RESERVES            72.83       431.20
121311              APPLY LATE FEE      01     Admin Late Fees     25.00       456.20
121411 Action taken: 10 - Late Notice
122711    228.10 1042         122711 01        Admin Late Fees    (50.00)      228.10
122711                                  C2     RESERVES           (72.83)
122711                                  A1     MAINTENANCE FEE   (105.27)
122711    228.10 1041         122711 A1        MAINTENANCE FEE   (228.10)        0.00
------
010112              APPLY CHARGES       A1     MAINTENANCE FEE    130.27       130.27
010112                                  C2     RESERVES            72.83       203.10
011312              APPLY LATE FEE      01     Admin Late Fees     25.00       228.10
011312 Action taken: 10 - Late Notice
------
020112              APPLY CHARGES       A1     MAINTENANCE FEE    130.27       358.37
020112                                  C2     RESERVES            72.83       431.20
021012              EXPENSE ADJ         05     Attorney Fees      380.00       811.20
021012 CHARGE ACCT PER INVOICE FROM KAMANS
021012 2/8/12...AVM
021612              APPLY LATE FEE      01     Admin Late Fees     25.00       836.20
021612 Action taken: 10 - Late Notice
------
030112              APPLY CHARGES       A1     MAINTENANCE FEE    130.27       966.47
030112                                  C2     RESERVES            72.83      1039.30
031412              APPLY LATE FEE      01     Admin Late Fees     25.00      1064.30
031412 Action taken: 10 - Late Notice
032612              EXPENSE ADJ         01     Admin Late Fees    (75.00)      989.30
032612              EXPENSE ADJ         05     Attorney Fees     (380.00)      609.30
032612              EXPENSE ADJ         C2     RESERVES          (218.49)      390.81
032612              EXPENSE ADJ         A1     MAINTENANCE FEE   (390.81)        0.00
032612 Owner filed Chapter 13 move bal to acct 1381-MK
------
040112              APPLY CHARGES       A1     MAINTENANCE FEE    130.27       130.27
040112                                  C2     RESERVES            72.83       203.10
040412    456.20 1789         040412 C2        RESERVES           (72.83)     (253.10)
040412                                  A1     MAINTENANCE FEE   (130.27)
040412                                  PP     Credit-Prepaid    (253.10)
042012    228.10 1068         042012 PP        Credit-Prepaid    (228.10)     (481.20)
------
050112              APPLY CHARGES       A1     MAINTENANCE FEE    130.27      (350.93)
050112                                  C2     RESERVES            72.83      (278.10)
050112              APPLY PREPAYMNT     C2     RESERVES           (72.83)     (278.10)
050112                                  A1     MAINTENANCE FEE   (130.27)     (278.10)
------
060112              APPLY CHARGES       A1     MAINTENANCE FEE    130.27      (147.83)
                                       10
```

```
                      ETHAN'S WOODS CONDOMINIUM ASSOCIATION
                         FINANCIAL TRANSACTIONS - 01/12/15

 10462 White Ash Trail                            Unit ID: 10462
 Leo and Muriel Robinson                          STATUS: 06 - BAPP
                                                  PREPAID BAL:     0.00
  TXN   -----PAYMENTS/TRXN DESCR----- ---------CHARGES/PAYMENT DISTR--------- BALANCE
  DATE   PAYMT AMT CHECK #    DEP DT  CODE  N/A  DESCRIPTION      AMOUNT       DUE
 ------ ---------- ---------- ------- ----- ---- ---------------- ---------- ------------
 060112                                C2        RESERVES             72.83     (75.00)
 060212            APPLY PREPAYMNT     C2        RESERVES            (72.83)    (75.00)
 060212                                A1        MAINTENANCE FEE    (130.27)    (75.00)
 ------
 070112            APPLY CHARGES       A1        MAINTENANCE FEE     130.27      55.27
 070112                                C2        RESERVES             72.83     128.10
 070212            APPLY PREPAYMNT     C2        RESERVES            (72.83)    128.10
 070212                                A1        MAINTENANCE FEE      (2.17)    128.10
 ------
 080112            APPLY CHARGES       A1        MAINTENANCE FEE     130.27     258.37
 080112                                C2        RESERVES             72.83     331.20
 081312            APPLY LATE FEE      01        Admin Late Fees      25.00     356.20
 082712    228.10 1853         082712 01        Admin Late Fees     (25.00)    128.10
 082712                                C2        RESERVES            (72.83)
 082712                                A1        MAINTENANCE FEE    (130.27)
 ------
 090112            APPLY CHARGES       A1        MAINTENANCE FEE     130.27     258.37
 090112                                C2        RESERVES             72.83     331.20
 091312            APPLY LATE FEE      01        Admin Late Fees      25.00     356.20
 ------
 100112            APPLY CHARGES       A1        MAINTENANCE FEE     130.27     486.47
 100112                                C2        RESERVES             72.83     559.30
 101212            APPLY LATE FEE      01        Admin Late Fees      25.00     584.30
 ------
 110112            APPLY CHARGES       A1        MAINTENANCE FEE     130.27     714.57
 110112                                C2        RESERVES             72.83     787.40
 111412            APPLY LATE FEE      01        Admin Late Fees      25.00     812.40
 ------
 120112            APPLY CHARGES       A1        MAINTENANCE FEE     130.27     942.67
 120112                                C2        RESERVES             72.83    1015.50
 121212            APPLY LATE FEE      01        Admin Late Fees      25.00    1040.50
 ------
 010113            APPLY CHARGES       A1        MAINTENANCE FEE     130.27    1170.77
 010113                                C2        RESERVES             72.83    1243.60
 011413            APPLY LATE FEE      01        Admin Late Fees      25.00    1268.60
 ------
 020113            APPLY CHARGES       A1        MAINTENANCE FEE     130.27    1398.87
 020113                                C2        RESERVES             72.83    1471.70
 021313            APPLY LATE FEE      01        Admin Late Fees      25.00    1496.70
 ------
 030113            APPLY CHARGES       A1        MAINTENANCE FEE     130.27    1626.97
 030113                                C2        RESERVES             72.83    1699.80
 031313            APPLY LATE FEE      01        Admin Late Fees      25.00    1724.80
 031913 Owner called about account balance - she will
                                         11
```

11-53469-amk    Doc 63    FILED 02/25/15    ENTERED 02/25/15 09:09:30    Page 16 of 18

```
                    ETHAN'S WOODS CONDOMINIUM ASSOCIATION
                       FINANCIAL TRANSACTIONS - 01/12/15

10462 White Ash Trail                          Unit ID: 10462
Leo and Muriel Robinson                        STATUS: 06 - BAPP
                                               PREPAID BAL:      0.00
 TXN    -----PAYMENTS/TRXN DESCR----- ---------CHARGES/PAYMENT DISTR--------- BALANCE
 DATE   PAYMT AMT CHECK #    DEP DT  CODE  N/A  DESCRIPTION    AMOUNT          DUE
------ ---------- ---------- ------ ----- ---- --------------- ---------- ------------
031913 send in a letter requesting payment plan to Board
031913 -Tom
------
040113            APPLY CHARGES      A1        MAINTENANCE FEE   130.27      1855.07
040113                               C2        RESERVES           72.83      1927.90
041013   250.00 1940       041013    01        Admin Late Fees  (175.00)     1677.90
041013                               C2        RESERVES          (75.00)
041113            APPLY LATE FEE     01        Admin Late Fees    25.00      1702.90
041213            EXPENSE ADJ        01        Admin Late Fees   (25.00)     1677.90
041213 Remove late fee, owner is on a board
041213 approved pay plan..LJA
------
050113            APPLY CHARGES      A1        MAINTENANCE FEE   130.27      1808.17
050113                               C2        RESERVES           72.83      1881.00
050913   200.00 1946       050913    C2        RESERVES         (200.00)     1681.00
050913   250.00 1947       050913    C2        RESERVES         (250.00)     1431.00
------
060113            APPLY CHARGES      A1        MAINTENANCE FEE   130.27      1561.27
060113                               C2        RESERVES           72.83      1634.10
061313   400.00 1970       061313    C2        RESERVES         (203.30)     1234.10
061313                               A1        MAINTENANCE FEE  (196.70)
061413            APPLY LATE FEE     01        Admin Late Fees    25.00      1259.10
------
070113            APPLY CHARGES      A1        MAINTENANCE FEE   130.27      1389.37
070113                               C2        RESERVES           72.83      1462.20
071213            EXPENSE ADJ        01        Admin Late Fees   (25.00)     1437.20
071213 Removed late fee applied in error lss
------
080113            APPLY CHARGES      A1        MAINTENANCE FEE   130.27      1567.47
080113                               C2        RESERVES           72.83      1640.30
------
090113            APPLY CHARGES      A1        MAINTENANCE FEE   130.27      1770.57
090113                               C2        RESERVES           72.83      1843.40
------
100113            APPLY CHARGES      A1        MAINTENANCE FEE   130.27      1973.67
100113                               C2        RESERVES           72.83      2046.50
------
110113            APPLY CHARGES      A1        MAINTENANCE FEE   130.27      2176.77
110113                               C2        RESERVES           72.83      2249.60
------
120113            APPLY CHARGES      A1        MAINTENANCE FEE   130.27      2379.87
120113                               C2        RESERVES           72.83      2452.70
------
010114            APPLY CHARGES      A1        MAINTENANCE FEE   139.58      2592.28
                                       12
```

```
                    ETHAN'S WOODS CONDOMINIUM ASSOCIATION
                       FINANCIAL TRANSACTIONS - 01/12/15

10462 White Ash Trail                           Unit ID: 10462
Leo and Muriel Robinson                         STATUS: 06 - BAPP
                                                PREPAID BAL:      0.00
 TXN   -----PAYMENTS/TRXN DESCR----- ---------CHARGES/PAYMENT DISTR---------  BALANCE
 DATE  PAYMT AMT CHECK #    DEP DT  CODE  N/A  DESCRIPTION       AMOUNT         DUE
------ ---------- ---------- ------ ----- ---- ---------------- ----------  ------------
010114                                C2        RESERVES             72.83    2665.11
012914            APPLY LATE FEE      01        Admin Late Fees      25.00    2690.11
------
020114            APPLY CHARGES       A1        MAINTENANCE FEE     139.58    2829.69
020114                                C2        RESERVES             72.83    2902.52
------
030114            APPLY CHARGES       A1        MAINTENANCE FEE     139.58    3042.10
030114                                C2        RESERVES             72.83    3114.93
------
040114            APPLY CHARGES       A1        MAINTENANCE FEE     139.58    3254.51
040114                                C2        RESERVES             72.83    3327.34
------
050114            APPLY CHARGES       A1        MAINTENANCE FEE     139.58    3466.92
050114                                C2        RESERVES             72.83    3539.75
------
060114            APPLY CHARGES       A1        MAINTENANCE FEE     139.58    3679.33
060114                                C2        RESERVES             72.83    3752.16
------
070114            APPLY CHARGES       A1        MAINTENANCE FEE     139.58    3891.74
070114                                C2        RESERVES             72.83    3964.57
------
080114            APPLY CHARGES       A1        MAINTENANCE FEE     139.58    4104.15
080114                                C2        RESERVES             72.83    4176.98
------
090114            APPLY CHARGES       A1        MAINTENANCE FEE     139.58    4316.56
090114                                C2        RESERVES             72.83    4389.39
------
100114            APPLY CHARGES       A1        MAINTENANCE FEE     139.58    4528.97
100114                                C2        RESERVES             72.83    4601.80
------
110114            APPLY CHARGES       A1        MAINTENANCE FEE     139.58    4741.38
110114                                C2        RESERVES             72.83    4814.21
------
120114            APPLY CHARGES       A1        MAINTENANCE FEE     139.58    4953.79
120114                                C2        RESERVES             72.83    5026.62
------
010115            APPLY CHARGES       A1        MAINTENANCE FEE     139.58    5166.20
010115                                C2        RESERVES             72.83    5239.03

                        -- End of report --
```